## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

------------------------------------------------------------------ x
PAUL GERBINO, individually and on behalf of all other similarly situated,

                Plaintiff,

           -against-

SPRINT NEXTEL CORPORATION, ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY S. GLASSCOCK, JAMES H. HANCE, JR., DANIEL R. HESSEE, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, RODNEY O'NEAL, STARBURST I, INC., STARBURST II, INC., and STARBURST III, INC.,

                Defendants.

------------------------------------------------------------------ x

Case No. 12-cv-2722 CM/KMH

### STIPULATION REGARDING DEFENDANTS' RESPONSE TO COMPLAINT

WHEREAS, plaintiff filed a class action complaint on November 13, 2012 (the "Complaint");

WHEREAS, the allegations in the Complaint relate to a transaction between and among the corporate defendants herein, including Sprint Nextel Corporation ("Sprint") (the "Transaction");

WHEREAS, Sprint intends file a proxy statement related to the Transaction with the U.S. Securities and Exchange Commission (the "SEC") in the future; and

WHEREAS, following the filing of that proxy statement, plaintiff intends to amend the Complaint to assert new claims under the federal securities laws.

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. Defendants are not obligated to respond to the pending Complaint;

2. Plaintiff shall file an amended complaint within 30 days of Sprint's filing of the proxy statement with the SEC; and

3. Defendants' responses to the amended complaint shall be due 30 days after the filing of the amended complaint.

| **POLSINELLI SHUGHART PC** | **BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP** |
|---|---|
| By:   /s/ Greg L. Musil     Greg L. Musil, KS Bar No. 13398    Kelly D. Stohs, KS Bar No. 21174    6201 College Boulevard, Suite 500    Overland Park, KS  66211    Tel:  (913) 451-8788    Fax:  (913) 451-6205    gmusil@polsinelli.com    kstohs@polsinelli.com  **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**  Robert S. Saunders  Ronald N. Brown, III  Arthur R. Bookout  One Rodney Square  920 North King Street  P.O. Box 636  Wilmington, DE  19899-0636  Tel:  (302) 651-3170  Fax:  (302) 574-3170  rob.saunders@skadden.com  rob.brown@skadden.com  art.bookout@skadden.com  (Admission *Pro Hac Vice* to be filed)  ***Attorneys for Defendants Sprint Nextel*** | By:   /s/ John W. Shaw     Jennifer B. Wieland, KS Bar No. 22444    John W. Shaw, KS Bar No. 70091    Thomas P. Schult, KS Bar No. 70463    2600 Grand Boulevard, Suite 1200    Kansas City, MO  64108    Tel:  (816) 561-7007    Fax:  (816) 561-1888    jwieland@berkowitzoliver.com    jshaw@berkowitzoliver.com    tschult@berkowitzoliver.com  **MORRISON & FOERSTER LLP**  Erik J. Olson, CA Bar No. 175815  755 Page Mill Road  Palo Alto, CA  94304  Tel:  (650) 813-5600  Fax:  (650) 494-0792  ejolson@mofo.com  (Admission *Pro Hac Vice* to be filed)  Sean T. Prosser, CA Bar No. 163903  12531 High Bluff Drive  San Diego, CA  92130  Tel:  (858) 720-5100  Fax:  (858) 720-5125  sprosser@mofo.com |

| | |
|---|---|
| *Corporation, Robert R. Bennett, Gordon M. Bethune, Larry C. Glasscock, James H. Hance, Jr., Daniel R. Hesse, V. Janet Hill, Frank Ianna, Sven-Cristler Nilsson, William R. Nuti and Rodney O'Neal*<br>(Admission *Pro Hac Vice* to be filed) | (Admission *Pro Hac Vice* to be filed)<br><br>James E. Hough, NY Bar No. 2109775<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel:  (212) 468-8158<br>Fax:  (212) 468-7900<br>jhough@mofo.com<br>(Admission *Pro Hac Vice* to be filed)<br><br>***Attorneys for Defendants Starburst I, Inc., Starburst II, Inc., and Starburst III, Inc.*** |
| | **COPLEY ROTH & WILSON, LLC**<br><br>By:   /s/ Patrick Copley<br>    Patrick Copley, KS Bar No. 20699<br>    Jason P. Roth, KS Bar No. 20529<br>    Lighton Tower<br>    7500 College Boulevard, Suite 700<br>    Overland Park, KS  66210<br>    Tel:  (913) 451-9500<br>    Fax:  (913) 451-9501<br>    patrick@crwlawyers.com<br>    jason@crwlawyers.com<br><br>**LEVI & KORSINSKY, LLP**<br><br>Shannon L. Hopkins, NY Bar No. 4266003<br>Julia J. Sun, NY Bar No. 4239349<br>30 Broad Street, 24th Floor<br>New York, NY  10004<br>Tel:  (212) 363-7500<br>Fax:  (212) 363-7171<br>shopkins@zlk.com<br>jsun@zlk.com<br>(Admission *Pro Hac Vice* to be filed)<br><br>***Attorneys for Plaintiff*** |