IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL GERBINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY S. GLASSCOCK, JAMES H. HANCE, JR., DANIEL R. HESSE, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, RODNEY O'NEAL, STARBURST I, INC., STARBURST II, INC., and STARBURST III, INC.,<br><br>Defendants. | Case No. 12-cv-2722-CM/KMH |

## THE SPRINT DEFENDANTS' MOTION TO DISMISS OR STAY PLAINTIFF'S CORRECTED AMENDED COMPLAINT

Defendants Sprint Nextel Corporation, Robert R. Bennett, Gordon M. Bethune, Larry C. Glasscock, James H. Hance, Jr., Daniel R. Hesse, V. Janet Hill, Frank Ianna, Sven-Christer Nilsson, William R. Nuti and Rodney O'Neal (the "Sprint Defendants"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), the doctrine articulated by the United States Supreme Court in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and relevant supporting authority, hereby move this Court at the United States District Court for the District of Kansas, located at 500 State Avenue, Suite 537, Kansas City, Kansas 66101, at a date and time to be determined by this Court, for an Order dismissing Plaintiff's Corrected Amended Complaint with prejudice or, alternatively, staying this action pending resolution of the ongoing and substantially similar Kansas state litigation.

This Motion is based upon the accompanying Memorandum of Law in Support of the Sprint Defendants' Motion to Dismiss or Stay Plaintiff's Corrected Amended Complaint, the Declaration of Greg L. Musil and accompanying exhibits filed therewith, the Memorandum of Law on Behalf of the Starburst Defendants in Support of their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, Alternatively, to Dismiss or Stay Case Pursuant to the *Colorado River* Doctrine and all accompanying exhibits filed therewith, all relevant prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by this Court.

DATED: March 25, 2013

Respectfully submitted,

POLSINELLI SHUGHART PC

By: /s/ Greg L. Musil
    GREG L. MUSIL (KS #13398)
    KELLY D. STOHS (KS #21174)
    6201 College Boulevard, Suite 500
    Overland Park, KS 66211
    Telephone: 913-451-8788
    Facsimile: 913-451-6205
    E-mail: gmusil@polsinelli.com
    E-mail: kstohs@polsinelli.com

    RUSSELL S. JONES, JR. (#70214)
    Twelve Wyandotte Plaza
    120 W. 12th Street
    Kansas City, MO 64105
    Telephone: 816-421-3355
    Facsimile: 816-374-0509
    E-mail: rjones@polsinelli.com

    *Pro Hac Vice Application Filed*
    Robert S. Saunders
    Ronald N. Brown, III
    Arthur R. Bookout
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: 302-651-3000
    Facsimile: 302-651-3001
    E-mail: rob.saunders@skadden.com
    E-mail: ron.brown@skadden.com
    E-mail: art.bookout@skadden.com

ATTORNEYS FOR DEFENDANTS
SPRINT NEXTEL CORPORATION, ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, JAMES H. HANCE, JR., DANIEL R. HESSE, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI AND RODNEY O'NEAL

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 25, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Patrick G. Copley, Esq.
  Jason P. Roth, Esq.
  Copley Roth & Wilson, LLC
  7500 College Boulevard, Suite 700
  Overland Park, KS 66210
  Telephone: 913-451-9500
  Facsimile: 913-451-9501
  E-mail: patrick@crwlawyers.com
  E-mail: jason@crwlawyers.com

  Julie J. Sun, Esq., *Admitted Pro Hac*
  Levi & Korsinsky, LLP
  30 Broad Street, 24th Floor
  New York, NY 10004
  Telephone: 212-363-7500
  Facsimile: 212-363-7171
  E-mail: jsun@zlk.com

  ATTORNEYS FOR PLAINTIFFS

  John W. Shaw, Esq.,
  Thomas P. Schult, Esq.
  Jennifer B. Wieland, Esq.,
  Berkowitz Oliver Williams Shaw & Eisenbrandt, LLP
  2600 Grand Boulevard, Suite 1200
  Kansas City, MO 64108
  Telephone: 816-561-7007
  Facsimile: 816-561-1888
  E-mail: jshaw@berkowitzoliver.com
  E-mail: tschult@berkowitzoliver.com
  E-mail: jwieland@berkowitzoliver.com

  ATTORNEYS FOR DEFENDANTS
  STARBURST I, INC., STARBURST II, INC.
  AND STARBURST III, INC.

           /s/ Greg L. Musil