## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID STEINBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT R. BENNETT, GORDON M. BETHUNE, LARRY C. GLASSCOCK, JAMES H. HANCE, JR., DANIEL R. HESSE, V. JANET HILL, FRANK IANNA, SVEN-CHRISTER NILSSON, WILLIAM R. NUTI, RODNEY O'NEAL, SPRINT NEXTEL CORPORATION, STARBURST I, INC., STARBURST II, INC., STARBURST III, INC.,<br><br>Defendants. | Case No. 13-cv-2235 JAR/JPO |

### ORDER FOR CONSOLIDATION

THIS COURT, having considered Plaintiff David Steinberg's Motion for Consolidation (Doc. 8) of this case with the case of *Gerbino v. Sprint Nextel Corp., et al.,* 12-cv-2722 CM/JPO and there being no opposition thereto, hereby orders the following:

The following actions should be consolidated for all purposes:

| **ABBREVIATED CASE NAME** | **CASE NUMBER** | **DATE FILED** |
|---|---|---|
| *Gerbino v. Sprint Nextel Corp., et al.* | 12-cv-2722 CM/JPO | Nov. 13, 2012 |
| *Steinberg v. Robert R. Bennett, et al.* | 13-cv-2235 JAR/JPO | May 16, 2013 |

THERFORE, IT IS HEREBY ORDERED this  28th day of  May , 2013, that Plaintiff David Steinberg's Motion for Consolidation is GRANTED and this case is hereby consolidated with Case No. 12-cv-2722 CM/JPO (*Gerbino v. Sprint Nextel Corp. et al.,*) pending

1

before Judge Murguia, and that Case No. 12-cv-2722-CM/JPO shall be designated the lead case. Magistrate Judge James P. O'Hara shall be assigned the presiding Magistrate Judge for this consolidated action.

**IT IS SO ORDERED.**

Dated: May 28, 2013                               s/ Julie A. Robinson
                                                  United States District Judge