# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL GERBINO, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) ) SPRINT NEXTEL CORPORATION, et al., ) ) Defendants. ) | Case No. 12-2722-CM |
| DAVID STEINBERG, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) ) SPRINT NEXTEL CORPORATION, et al., ) ) Defendants. ) | Case No. 13-2235-CM |

## ORDER OF DISMISSAL

Pursuant to the Stipulation Dismissing Complaints Without Prejudice (Doc. 78), the above-captioned cases are dismissed without prejudice, each party to bear its own fees and costs.

Dated this 16th day of May, 2014, at Kansas City, Kansas.

                                            s/ Carlos Murguia
                                            **CARLOS MURGUIA**
                                            **United States District Judge**